# COMMISSIONER OF SECURITIES & INSURANCE

MATTHEW M. ROSENDALE, SR.
COMMISSIONER



OFFICE OF THE MONTANA
STATE AUDITOR

September 13, 2017

CERTIFIED RETURN RECEIPT MAIL

Corporation Service Company
PO Box 1691
Helena MT 59624-1691

Dear Corporation Service Company:

Attached is a *Summons and Complaint and Demand for Jury Trial* in the case of:

> PARK PLAZA CONDOMINIUM ASSOCIATION,
> Plaintiff,
>
> v.
>
> THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
> Defendant,

originating in the District Court of the Eighth Judicial District of the State of Montana, in and for the county of Cascade.

Service of process was made September 11, 2017, upon the Commissioner of Securities and Insurance, Montana State Auditor, in conformity with the provisions of the Montana Code. Please contact Ramona Bidon at (406) 444-2726 with any questions.

Sincerely,

*[signature]*
KRISTIN HANSEN
Chief Legal Counsel

KH/rb

Enclosures

cc:   Alexander (Zander) Blewett III
      Attorney for Plaintiff