IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PARK PLAZA CONDOMINIUM ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS COMPANIES, INC.; and PHOENIX INSURANCE COMPANY,<br><br>    Defendants. | CV 17-112-GF-JTJ<br><br>ORDER |

Defendants have moved for an order allowing James T. Derrig, (Doc. 42) to appear *pro hac vice* in this case with Guy W. Rogers of the Brown Law Firm, P.C. designated as local counsel. The application of Mr. Derrig appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants's motion to allow Mr. Derrig to appear on their behalf (Doc. 42) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Derrig must each do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal only to Mr. Derrig.

6. Mr. Derrig shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

Dated this 5th day of April, 2018.

John Johnston
United States Magistrate Judge