IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| PARK PLAZA CONDOMINIUM ASSOCIATION, | ) ) ) | Cause No.: 17-CV-112-GF-JTJ |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER SETTING STATUS CONFERENCE** |
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, PHOENIX INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, AND THE TRAVELERS COMPANIES, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff having filed an unopposed motion to hold a telephonic status conference (Doc. 130) to discuss the scheduling order, and good cause appearing therefor,

IT IS HEREBY ORDERED a telephonic status conference is set for **January 9, 2019 at 2:00 p.m.**

DATED this 8th day of January, 2019.


_____
John Johnston
United States Magistrate Judge